Summons in a Civil Action (Rev 11/97)

FILED

2008 JUN 20 PM 3:24

CLERK, US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY ___ DEPUTY

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

PETER REED,
Plaintiff,

vs

KYOCERA INTERNATIONAL, INC. EMPLOYEE WELFARE PLAN; KYOCERA INTERNATIONAL, INC.; CIGNA GROUP INSURANCE

Defendants.

**SUMMONS IN A CIVIL ACTION**

Case No. '08 CV 1096 JAH NLS

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

JOHN P. STENNETT, STENNETT & STENNETT 619-544-6887
501 W. Broadway, Suite 1340
San Diego, CA 92101

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

June 20, 2008
DATE

K. HAMMERLY

SEAL

By , Deputy Clerk

Summons in a Civil Action



::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)