Adrienne C. Publicover (SBN 161432)
e-mail: adrienne.publicover@wilsonelser.com
Russell H. Birner (SBN 181835)
e-mail: russell.birner@wilsonelser.com
**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**
555 South Flower Street, Suite 2900
Los Angeles, California 90071
Telephone: (213) 443-5100
Facsimile: (213) 443-5101
Attorneys for Defendants
KYOCERA INTERNATIONAL, INC.
EMPLOYEE WELFARE PLAN and
KYOCERA INTERNATIONAL, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER REED,<br><br>Plaintiff,<br>v.<br><br>KYOCERA INTERNATIONAL, INC. EMPLOYEE WELFARE PLAN; KYOCERA INTERNATIONAL, INC.; and CIGNA GROUP INSURANCE,<br><br>Defendants. | Case No.: 08 CV 1096 JAH (NLS)<br><br>**PARTIES' JOINT MOTION TO EXTEND THE TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Action Filed: June 20, 2008 |

Pursuant to Civil Local Rule 12.1, the parties, Plaintiff PETER REED ("Plaintiff") and Defendants KYOCERA INTERNATIONAL, INC. EMPLOYEE WELFARE PLAN (the "Plan") and KYOCERA INTERNATIONAL, INC. ("Kyocera"), by and through their counsel of record, submit this Joint Motion to extend the time for Defendants to answer or otherwise respond to Plaintiff's Complaint as follows:

The Complaint in this action was filed on June 20, 2008. The Summons and Complaint were personally served on the Plan and Kyocera by delivery to the lobby of Kyocera's office on

July 7, 2008.[1] Accordingly, Defendants are informed and believe that their responses to the Complaint are due on July 28, 2008.

Good cause exists to grant Defendants an extension of time to answer or otherwise respond to the Complaint. It took some time for the Summons and Complaint to make their way to the appropriate department, for this matter to be referred to legal counsel, and for the defenses to be tendered to the appropriate entity. Defendants' attorneys of record herein, the law firm of Wilson Elser Moskowitz Edelman & Dicker LLP, have recently received the Summons and Complaint for review, but have not yet received Defendants' file(s) relating to this matter. Defendants' attorneys of record herein need additional time to evaluate Plaintiff's claims in this action and the potential defenses available to Defendants, and to prepare an appropriate response to the Complaint.

Plaintiff's attorney of record herein, John P. Stennett, has agreed to grant Defendants an extension to answer or otherwise respond to the Complaint to, and including, August 26, 2008.

For these reasons, the parties request that Defendants Kyocera International, Inc. Employee Welfare Plan and Kyocera International, Inc. be granted an extension until, and including, August 26, 2008, to answer or otherwise respond to the Complaint in this action.

WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

Dated: July 25, 2008 By: /s/ Russell H. Birner
Attorneys for Defendants KYOCERA INTERNATIONAL, INC. EMPLOYEE WELFARE BENEFIT PLAN and KYOCERA INTERNATIONAL, INC.

STENNETT & STENNETT

Dated: July 25, 2008 By: /s/ John P. Stennett
Attorneys for Plaintiff, PETER REED

[1] Defendant CIGNA Group Insurance has not been served.

PROOF OF SERVICE

I, Russell H. Birner, declare that:

I am employed in the County of Los Angeles, State of California; I am over the age of 18 years and not a party to the within action; my business address 555 South Flower Street, Los Angeles, California 90071.

On July 25, 2008, I served the following document(s):

**JOINT MOTION TO EXTEND THE TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

on the interested parties in this action as follows:

John P. Stennett
Email Address: sc@stennettcasino.com, lstrong@stennettcasino.com

XXX BY ELECTRONIC SUBMISSION of the document(s) via Portable Document Format (.pdf), by uploading such documents using the court's CM/ECF system case filing which automatically generates a Notice of Electronic Filing or NEF which allows registered e-filers to retrieve the document(s) automatically.

Executed on July 25, 2008, at Los Angeles, California.

XXX **[FEDERAL]** I declare that I am employed in the office of a member of the bar of this court at whose direction this service was made.

/s/ Russell H. Birner
Russell H. Birner,
Attorney for Defendants