UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER REED,<br><br>Plaintiff,<br>v.<br><br>KYOCERA INTERNATIONAL, INC. EMPLOYEE WELFARE PLAN; KYOCERA INTERNATIONAL, INC.; and CIGNA GROUP INSURANCE,<br><br>Defendants. | Case No.: 08 CV 1096 JAH (NLS)<br><br>**ORDER RE: PARTIES' MOTION TO EXTEND THE TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |

Upon consideration of the Parties' Motion to Extend Time for Defendants to Answer or Otherwise Respond to Plaintiff's Complaint, it is ordered that Defendants' responses to Plaintiff's Complaint are due on or before August 26, 2008.

DATED:July 25, 2008

Hon. John A. Houston
U.S. District Court Judge