ADRIENNE C. PUBLICOVER (161432)
RUSSELL H. BIRNER (181835)
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
555 South Flower Street, Suite 2900
Los Angeles, California 90071-2407
Telephone: (213) 443-5100
Facsimile: (213) 443-5101
E-mail: Adrienne.Publicover@wilsonelser.com,
Russell.Birner@wilsonelser.com

Attorneys for Defendants
KYOCERA INTERNATIONAL, INC.
EMPLOYEE WELFARE PLAN and
KYOCERA INTERNATIONAL, INC.

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PETER REED,<br><br>Plaintiff,<br><br>vs.<br><br>KYOCERA INTERNATIONAL, INC. EMPLOYEE WELFARE PLAN; KYOCERA INTERNATIONAL, INC.; CIGNA GROUP INSURANCE,<br><br>Defendants. | Case No.: 08-CV-1096 JAH (NLS)<br><br>**DEFENDANTS KYOCERA INTERNATIONAL, INC. EMPLOYEE WELFARE PLAN AND KYOCERA INTERNATIONAL, INC.'S NOTICE OF PARTIES WITH FINANCIAL INTEREST (FRCP 7.1 and LOCAL RULE 40.2)**<br><br>Action Filed: June 20, 2008 |

Pursuant to Federal Rules of Civil Procedure 7.1 and Local Rule 40.2, Defendants Kyocera International, Inc. Employee Welfare Plan (the "Plan") and Kyocera International, Inc. ("Kyocera"), by and through their undersigned counsel, state that the Plan is funded by a group long-term disability insurance policy, of which Kyocera is the insured, and which is governed by

the Employee Retirement Income Security Act of 1974, 29 U.S.C. §§ 1001, *et seq*. The policy was issued, and is administrated, by Life Insurance Company of North America ("LINA").

There are no other interested parties other than LINA who have a direct, pecuniary interest in the outcome of this case.

LINA IS 100 % owned by Connecticut General Corporation, which is in turn 100% owned by CIGNA Holdings, Inc., which is 100% owned by CIGNA Corporation. CIGNA Corporation is the only publicly traded company in the chain. None of the companies has any control over the operations or decision-making of LINA or has a direct interest in the outcome of the case.

These representations are made to enable the Court to evaluate possible disqualification or recusal.

Date: August 26, 2008

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

By: /s/Russell H. Birner
ADRIENNE C. PUBLICOVER
RUSSELL H. BIRNER

Attorneys for Defendants
KYOCERA INTERNATIONAL, INC.
EMPLOYEE WELFARE PLAN and
KYOCERA INTERNATIONAL, INC.